# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                          Case No. 17-CR-117

ARNEZ A. RODGERS,

    Defendant.

## ORDER GRANTING DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING ON MOTION TO SUPPRESS

On June 20, 2017, a grand jury sitting in the Eastern District of Wisconsin returned a single count indictment against Arnez A. Rodgers charging him with possession of a firearm as a previously convicted felon, as previously having been convicted of a misdemeanor crime of domestic violence, and while subject to a domestic violence injunction issued by the State of Wisconsin. (Docket # 1.) Rodgers has filed a motion to suppress, arguing that he was subject to an unlawful seizure and search of his person by Milwaukee police officers. (Docket # 8.) As part of this motion, Rodgers seeks an evidentiary hearing to develop the facts surrounding the officers' stop. The government opposes Rodgers' request for an evidentiary hearing. (Docket # 9.)

Based on the parties' submissions and attachments, I find that an evidentiary hearing is necessary to resolve the factual and legal disputes raised by Rodgers' motion. As such, Rodgers' request for an evidentiary hearing is granted.

**IT IS THEREFORE ORDERED** that Rodgers' request for an evidentiary hearing is **GRANTED**. The clerk's office will contact the parties to schedule the evidentiary hearing.

Dated at Milwaukee, Wisconsin this 23rd day of August, 2017.

                                           BY THE COURT

                                           *s/Nancy Joseph*
                                           NANCY JOSEPH
                                           United States Magistrate Judge